# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SHAWN WILLIAMS,

    Plaintiff,

vs.                                                       CASE NO. 6:04-CV-1447-ORL-19KRS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 15, filed January 20, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 15) is **ADOPTED and APPROVED.** The decision of the Social Security Administration is hereby **AFFIRMED.** The Clerk of Court is directed to issue a Judgment that the decision of the Social Security Administration is affirmed and, thereafter, close this file.

**DONE AND ORDERED** at Orlando, Florida, this   10th   day of February, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record